**2004–0003. State v. Back.**
Butler App. No. CA2003–01–011, 2003-Ohio-5985. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–2182, *State v. Back,* Butler App. No. CA2003–01–011, 2003-Ohio-5985; cause held for the decision in 2003–1048 and 2003–1049, *State v. White,* Guernsey App. No. 02CA23, 2003-Ohio-2289; and briefing schedule stayed.

F.E. Sweeney and O'Donnell, JJ., dissent.

**2004–0052. Higbee Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–T–2552, 2002–T–2569, and 2002–T–2571. On motion for admission pro hac vice of Thomas R. Wilhelmy by Todd W. Sleggs. Motion granted.

**2004–0054. State v. Humphrey.**
Clark App. No. 02CA0025, 2003-Ohio-2825. On motion for leave to file delayed appeal. Motion denied.

**2004–0055. State v. Hudson.**
Stark App. No. 2001CA00181, 2002-Ohio-2895. On motion for leave to file delayed appeal. Motion denied.

**2004–0072. State v. Barr.**
Hamilton App. No. C–020299. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2004–0078. State v. Reid.**
Montgomery App. No. 19729, 2003-Ohio-6079. On motion for leave to file delayed appeal. Motion granted.

Resnick and F.E. Sweeney, JJ., dissent.

**2004–0089. State v. Hunter.**
Cuyahoga App. No. 81006, 2003-Ohio-994. On motion for leave to file delayed appeal. Motion denied.

**2004–0111. State ex rel. R.T.G., Inc. v. Ohio Dept. of Natural Resources.**
In Mandamus. On answer of respondent and motion for judgment on pleadings. Sua sponte, alternative writ granted.

**2004–0122. Nickel v. Carter.**
Ottawa App. No. OT–02–035. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Decision and Judgment Entry filed December 19, 2003:

"Is a ruling on a Civ.R. 35(A) motion for an independent psychological examination a final and appealable order?"

F.E. Sweeney, J., dissents.

The conflict cases are *Williamson v. Williamson* (Nov. 25, 1997), 10th Dist. No. 97APF05–629, 1998 WL 869568; *Shoff v. Shoff* (July 27, 1995), 10th Dist. No. 95APF01–8, 1995 WL 450249; and *In re Guardianship of Johnson* (1987), 35 Ohio App.3d 41, 43–44, 519 N.E.2d 655.

**2004–0128. State v. Goode.**
Montgomery App. No. 19273, 2003-Ohio-4323. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2004–0158. State v. Pugh.**
Cuyahoga App. No. 83358. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2004–0159. State v. Williams.**
Cuyahoga App. No. 82364, 2003-Ohio-6342. On motion for leave to file delayed appeal. Motion granted.

Resnick and F.E. Sweeney, JJ., dissent.